**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TONY BYLER
ADC #134257

PETITIONER

VS.                          5:10CV00012 SWW/JTR

DAVID GUNTHARP, Director
Arkansas Department of
Community Correction                          RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.[1]  After careful

review, the Court concludes that the Proposed Findings and Recommended Disposition should

be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Respondent's Motion to Dismiss (docket

entry #9) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.  IT IS FURTHER

ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules

Governing Section 2254 Cases.

Dated this 17th day of December, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1]The Proposed Findings and Recommended Disposition mailed to petitioner were returned to the Clerk, the envelope marked "Released 4/5/10  RTS."