# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TONY BYLER  
ADC #134257

                   PETITIONER

VS.        5:10CV00012 SWW/JTR

DAVID GUNTHARP, Director  
Arkansas Department of  
Community Correction             RESPONDENT

## **JUDGMENT**

  Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

  Dated this 17th day of December, 2010.

                   /s/Susan Webber Wright  
                   UNITED STATES DISTRICT JUDGE